UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Leventhal,

    Petitioner,

v.                                      Case No. 19-cv-543 (JNE/KMM)
                                          ORDER

Warden M. Rios,

    Respondent.

In a Report and Recommendation dated July 16, 2019, the Honorable Katherine M. Menendez, United States Magistrate Judge, recommended that Petitioner's Petition for Writ of Habeas Corpus be denied as moot. No objection has been received. The Court accepts the recommended disposition. Therefore, IT IS ORDERED THAT:

    1.     Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 31, 2019

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge